*See page 2-3 - F&G Highlit.*

⟨Page's Intro⟩



**DEPARTMENT OF CORRECTIONS**

RECEIVED BY MAIL

DEC 2 9 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA - Rule's Minnesota
DOC

| | |
|---|---|
| **Policy Number:** | 301.081 |
| **Title:** | Response to Resistance, Restraint Systems, and Escape |
| **Effective Date:** | 12/18/24 |

SCANNED
DEC 3 0 2025
U.S. DISTRICT COURT MPLS

**PURPOSE:** To provide guidelines for corrections staff on the response to resistance, use of force and restraints, and preventing escape.

**APPLICABILITY:** All adult facilities

**DEFINITIONS:**

Bodily harm – physical pain or injury, illness, or any impairment of physical condition.

Canine unit (K-9 unit) – a trained dog and handler (see Policy 301.120, "Canine Units").

Chemical irritant – pressurized device (for example, Freeze + P or pepper spray) that delivers (as a stream, spray, gel, or fog pattern) small amounts of irritant directly to a specific targeted individual.

Choke hold – a method by which a person applies sufficient pressure to another to make breathing difficult or impossible, including such examples as applying any pressure to the neck, throat, or windpipe that may prevent or hinder breathing or reduce intake of air, or applying pressure to a person's neck on either side of the windpipe, but not to the windpipe itself, to stop the flow of blood to the brain through the carotid artery.

Conducted Energy Weapon (CEW) – an Axon Taser system used by designated and trained users for voluntary compliance or neuro muscular incapacitation (NMI) with the intended result of restraining an individual. See Policy 301.066, "Conducted Energy Weapon."

Continuing observation –placing an incarcerated person in an observable cell or room with staff visually observing (either physically or electronically) the incarcerated person on a regular and frequent basis.

Deadly force – force which the actor uses with the purpose of causing, or which the actor should reasonably know creates a substantial risk of causing, death, or great bodily harm.

Empty hand control measure (EHCM) – use of force that employs pressure, stun, or strike technique directed at soft tissue, nerves, and muscles to minimize injury to a person physically resisting control measures.

Escape – leaving the confines of a secure correctional facility or the custody of correctional supervision without authorization.

Firearm – instrument of deadly force when loaded with standard issued lethal ammunition (for example, shotguns, handguns, and rifles).

Great bodily harm – bodily injury which creates a high probability of death, causes serious permanent disfiguration, causes permanent or protracted loss or impairment of the function of any bodily member or organ, or other serious bodily harm.

<u>Handgun (secondary) weapon</u> – Smith and Wesson M&P™ 9mm pistol.

<u>Incident Command System (ICS)</u> – a component of the National Incident Management System (NIMS). DOC staff use this system along with mutual aid agreements (see Policy 300.036, "Emergency Assistance Non-State Systems") in the management of incidents that occur outside normal operations. (See also Policy 301.140, "Incident Command System.")

<u>Less lethal devices</u> – munitions and other devices designed to apply a less lethal amount of force. This includes such examples as FN303, 37mm, and 40mm launchers and less-lethal shotguns. Less lethal shotguns must be appropriately labeled and identified with an orange butt stock.

<u>Manual restraint</u> – physical intervention intended to hold a person immobile or limit their voluntary movement by using body contact as the only source of physical restraint.

<u>Mechanical restraint</u> – device used to physically restrain an individual, including handcuffs, leg restraints, and waist chains.

<u>Multidisciplinary team</u> – a team of on-site or on-call staff made up of the following: behavioral health staff person, the medical director, a registered nurse (RN), a security representative, and the officer of the day (OD).

<u>Neglect</u> – the knowing failure or omission to supply an incarcerated person with care or services (for example, food, clothing, healthcare, or supervision) necessary to maintain their physical health, mental health, or safety. The absence, or likely absence, of such care or services also constitutes neglect.

<u>Off-grounds</u> – property not controlled or under the authority of the correctional facility.

<u>Office of Professional Accountability (OPA)</u> – an office that conducts non-criminal investigations into misconduct.

<u>Office of Special Investigations (OSI)</u> – an office that conducts criminal investigations into misconduct, and which is the primary point-of-contact to outside law enforcement agencies.

<u>Officer of the day (OD)</u> – staff person designated by the warden/superintendent to assist, advise, and direct the facility watch commanders.

<u>Pinion restraint</u> – total body restraint such as the restraint board, restraint chair, or the WRAP.

<u>Prone restraint</u> – the use of manual restraint that places a person in a facedown position. Prone manual restraint does not include brief physical holding of a person in a prone position, including for the purpose of applying mechanical restraints, if the person is restored to a standing, sitting, or side-lying position as quickly as possible.

<u>Reasonable force</u> – no reasonably effective alternative appears to exist and the response to resistance used is reasonable to affect the lawful purpose intended.

<u>Response to resistance</u> – the skillful use of tactics and techniques identified and approved by the DOC, intended to resolve a situation with the least amount of force that is reasonable under the totality of circumstances.

as soon as possible to allow for proper communication. When mechanical restraints are being used during routine, non-resistant situations, staff must only place mechanical hand restraints on the front of the incarcerated person to allow for proper communication (see attached link to Sign Language Protocol, 203.250C).

    d)    Mechanical restraints must not be used:
        (1)    Longer than necessary;
        (2)    As punishment;
        (3)    Around the neck;
        (4)    To cause undue discomfort;
        (5)    To inflict physical pain; or
        (6)    To restrict blood circulation or breathing.

    e)    If the mechanism contains a safety lock, mechanical restraints must be safely locked once it is possible for the officer to do so.

    f)    It is the responsibility of all officers to ensure that, once an incarcerated person is placed in restraints, visual and physical control of the incarcerated person is maintained at all times.

    g)    First aid must be provided whenever any force use beyond the placement of non-routine restraints is necessary to gain compliance. If necessary, the incarcerated person must be issued clean clothing.

3.    Pinion restraints
    a)    Restraint procedures must be in accordance with guidelines endorsed by the designated health authority (see attached "Health Authority Restraint Guidelines").

    b)    Incarcerated persons who are jeopardizing facility security, demonstrating assaultive behavior, destroying property, or engaging in self-injurious behavior may be placed in pinion restraints to ensure facility security or the safety of self or others when less forceful means have failed.
        (1)    All less-restrictive interventions utilized must be documented on the Restraint Documentation Form (attached) and in incident reports, including the use of crisis intervention tactics.
        (2)    Sufficient staff trained in pinion restraint use must be present to maintain control when pinion restraints are used.
        (3)    A supervisor or watch commander must give prior authorization on a case-by-case basis to use pinion restraints, such as the restraint chair, restraint board, or the WRAP.
            (a)    The restraint chair and the WRAP are the primary methods of pinion restraint.
            (b)    However, when those devices are already in use on other incarcerated persons, alternate methods of pinion restraint may be used until a chair or the WRAP is available.
            (c)    The WRAP may also be used for an incarcerated person who refuses to walk during escort, becomes passively or actively resistant, becomes assaultive, or demonstrates self-injurious behavior.

<blockquote>

(d) The WRAP may be used for transportation outside of the secure perimeter for DOC facility-to-facility transfers. This must be approved by the watch commander.

(4) The following procedures must occur at least once every 30 minutes, and the incarcerated person must be informed of this process:

(a) Staff must ask the incarcerated person if they need to use the toilet and, if the person indicates need, must permit the person to do so in a manner that maintains the safety of the staff and the incarcerated person;

(b) Staff must ask the incarcerated person to refrain from further destructive, assaultive, or injurious acts; and

(c) Specially-trained staff must check the restraints and circulation.

</blockquote>

c) If pinion restraint is necessary prior to obtaining approval from a supervisor or watch commander and consulting with the mental health professional (or, if unavailable, the on-call provider), the incarcerated person must be on continuous observation.

d) Immediately following an incarcerated person's placement in pinion restraints, a mental health professional (or, if unavailable, the on-call provider) must be contacted regarding the person's mental health, and to determine if continued restraint is appropriate or if alternative measures of placement are warranted. Additionally, if they have not already been notified, the watch commander, officer of the day/program director, and health authority, at a minimum, must be notified as soon as possible when pinion restraints are used.

e) In the event that the incarcerated person is continued in restraints past the recommended time limits (two hours):

(1) Staff must loosen the restraints sufficiently to allow the incarcerated person, under direct staff supervision, to move and stretch to ensure adequate circulation.

(2) The watch commander, officer of the day/program director, the director of clinical operations, and a behavioral health professional (or, if unavailable, the on-call provider(s)) must be contacted for consultation regarding the person's mental health and to determine if continued pinion restraint is appropriate or if alternative measures of placement are warranted.

(3) If the incarcerated person is not transferred to a hospital or medical/mental health unit, and is restrained in pinion restraint, the following minimum procedures must be followed:

(a) Visual observation must be made at least every 15 minutes.

(b) Staff must log the incarcerated person's condition and behavior, including any alterations to the restraint or any additional response to resistance used after the initial restraint, on the Restraint Documentation form (attached) with entries not less than every 15 minutes. Documentation must also include an incident report.

(c) Specially-trained staff must physically check and document the incarcerated person's circulation and other indicators of well-being at the time of restraint placement, any time the restraints are adjusted, and every 30 minutes thereafter until the person is

 *Incident Report (narrative)*

# Minnesota Department of Corrections
## MCF Stillwater
### Notice of Violation Report #1040948
OID: 244210  Name: Mullins, Jamar Pierre

Living Assignment: MCF-STW Cell Hall B-East Tier 1 Gallery 1 Front 143 Bed

You are being charged with violating the following Offender Discipline Rules:

321: Fighting

   Cap Guidelines: SEG 30d; RSEG 10d; LOP 30d

| | |
|---|---|
| **Pre-Hearing Detention /Restrictive Housing Date** | 04/10/2024 |
| **Hearing Type** | Minor |
| **Date of Incident** | 04/10/2024 06:04 PM |
| **Date Charged** | 04/11/2024 |

*Assault 2*

## Narrative

On 4/10/24 staff activated an ICS for an inmate that had collapsed on the back flag. Staff witnessed offender Mullins#244210 on the back flag not moving. As staff were responding they witnessed offender Taylor#266345 laying on the flag with his hands behind his back. Staff placed both offenders in wrist restraints and started escorting them out of the unit. As staff were escorting offender Mullins out of the unit in wrist restraints offender King#258349 came up to offender Mullins and started throwing multiple closed fist punches at offender Mullins face. Staff were able to escort offender King to the flag, where he continued to resist staff in an attempt to continue to assault offender Mullins. Staff were able to place offender King in wrist restraints and all the offenders were escorted to Seg.

*need This happins First Assault 1*

Upon review of the video it shows that initially offender Mullins was walking down the flag and offender Taylor runs up to offender Mullins and throws punches to the face of offender Mullins, who gets knocked out and falls to the flag. Offender Taylor then walks away and lays down on the flag where responding staff find him.

The following witnesses may be allowed to testify:

Wieken, Keith R/ Santiago-Sanabria, Doel/ Winberg, Jacob L/ Perales Jr., Gerardo/ Johnson, Donald/ Harrington, Joel W./ Clausen, Kory A/ Schneider, Elizabeth/ Gorman, Dan/ Brown, Michael P/ Meyers, Andrew F/ Nordlund, Andrea/ Gary, Scott/ Detsch, Shanda — RN

The following evidence may be introduced:

Incident Reports, Saved Digital Evidence, Evidence#1802133

Your hearing is tentatively scheduled for 04/16/2024.

I ACKNOWLEDGE RECEIPT OF THIS NOTICE OF VIOLATION, LIST OF OFFENDER RIGHTS, AND MY WITNESS REQUEST LIST (MAJOR HEARING ONLY)

Check here if offender refused to sign: _____

_____
(Offender Signature)

_____  _____  _____
(Delivered By)                (Date)    (Time)

# Minnesota Department of Corrections
### INCIDENT REPORT
Page 1 of 1

DATE OF INCIDENT: <u>04/10/2024</u>    TIME: <u>1804-1815</u>    LOCATION: Cell Hall A (east)

OFFENDER(S)/ STAFF INVOLVED    REPORTING STAFF: Wieken, Keith Sgt.

**#244210, Mullins, Jamar, AE/743 → SEG**    Other staff: [see corresponding reports]

Wednesday, 10 April 2024 on 3rd Watch, this reporting personnel, Sgt. K. Wieken, was on post at the A-East desk when my fellow staff and I noticed an inmate had collapsed on the back flag. Suspecting either a medical incident or a fight, we went to investigate. We noticed a large grouping of inmates near the incident and had heard shouting. At 1804 hours I initiated the Incident Command System (ICS) for a possible fight and a man down; I assumed facility-wide Command of this incident.

As I approached the scene, I noticed inmate ███ was already on floor with his hands behind his back. COII Perales and I secured inmate ███ in wrist restraints, while I directed the responding A-Team to the collapsed inmate further down the back flag. COII Perales and I assisted inmate ███ to his feet and began to escort him out of the unit. COII Giannini and COII Moore took over for the escort, as I was still in Command. As COII Perales and I walked back to the incident, I began to radio both assailants were secured in restraints. Then we noticed what looked like another fight occurring on the back flag. I interrupted my previous transmission and relayed to 200 another fight was occurring. When I approached the scene, I saw inmate ███ being secured in wrist restraints by responding staff. I assisted with crowd control on the back flag and looked for other assailants. There was no other assailant involved in the second altercation. It was later brought to our attention inmate ███ had punched a restrained inmate Mullins while he was being escorted out of the unit.

When I was given word all 3 assailants were secured in Segregation Intake and Squad was back in position, I cleared the ICS at 1815 hours and abdicated my Command. COII Perales took pictures of a few blood spills on the back flag and submitted them to Evidence.

#371

Evidence turned in locker # _____    Video/Photos Taken? _____

### SUPERVISOR/WATCH COMMANDER'S COMMENTS / FOLLOW-UP REQUESTED
Placed on: [✓] Detention  [ ] Cell/Room  [ ] Observation Status  [ ] Quiet Status  [ ] Admin. Seg.

**KEITH WIEKEN** Digitally signed by KEITH WIEKEN Date: 2024.04.10 21:05:33 -05'00'

**Justin D. Meyer** Digitally signed by Justin D. Meyer Date: 2024.04.10 21:11:18 -05'00'

Reporting Person's Signature / Date & Time reported    Supervisor / Watch Commander's Signature / Date & Time

WIEKEN, KEITH R.
(print name)    (print name)


# Minnesota Department of Corrections
## INCIDENT REPORT
### Page 1 of 1

DATE OF INCIDENT: 4/10/2024  TIME: 1804  LOCATION: A-East Back Flag

**OFFENDER(S)/CLIENTS/STAFF INVOLVED**
(O.D. last name, first name, living unit):

244210. Mullins, Jamar. A-E 743
███████████████████

**REPORTING STAFF:** Perales. Gerardo, COII
(Last name, first name, title):

Wieken, Keith, SGT. Meyers, Andrew, COII
A-Team members.

**NARRATIVE:**
On the above date and approximate time, I was stationed at the A-East desk when I heard a loud thud. I looked around and saw Offender Mullins (244210) laying on the ground halfway down the back flag. At the same time, I saw Offender ███████ backing away from Offender Mullins while shouting. I informed Sgt. Wieken that it looked to have been a fight. I stepped off the desk and multiple Offenders started going towards the back flag. Sgt. Wieken and I started walking towards the back flag when Offender ███ come in our direction. Offender ███ turned around with his hands behind his back and laid on the ground by the ice machine waiting to be placed into mechanical wrist restraints. I applied gloves and Sgt. Wieken, and I placed Offender ███ into mechanical wrist restraints. Sgt Wieken and I escorted Offender ███ to halfway down the front flag and transferred control of Offender ███ to A-Team. While escorting Offender ███, he was shouting "you shouldn't be running your mouth' and was telling Offenders he did it because he (Mullins) was running his mouth about someone or something.

After transferring control, I turned around, and saw Offender Mullins being attack while in mechanical wrist restraints. I ran towards the 2nd incident and assisted Offender Mullins to a sitting position. Officer Meyers assisted me with getting Offender Mullins to his feet and escorting him towards the door. During this time, I noticed Offender Mullins was weak and was struggling to stand. I asked if he could stand and walk, and he replied yes. I escorted Offender Mullins towards the door and transferred control of Offender Mullins to A-Team.

After all Offenders were escorted out of the unit, I retrieved a digital Camera from Security Center and took photos of blood that was by the ice machine on the back flag. I placed the memory card into evidence.
This ends my involvement for the incident, the ICS cleared at 1815          #321
PPE was worn: gloves.
☐ I am a CIT member and used CIT techniques in this incident
Evidence turned in locker # __1802133__          Video/Photos Taken? __Photos__

**SUPERVISOR/WATCH COMMANDER'S COMMENTS/FOLLOW-UP REQUESTED**
Placed on: ☑ Detention  ☐ Cell/Room  ☐ Observation Status  ☐ Quiet Status  ☐ Admin. Seg.

Gerardo Perales  Digitally signed by Gerardo Perales Date: 2024.04.10 20:11:56 -05'00'

Justin D. Meyer  Digitally signed by Justin D. Meyer Date: 2024.04.10 21:04:03 -05'00'

Reporting Person's Signature/Date & Time reported

Supervisor/Watch Commander's Signature/Date & Time received

Gerardo Perales Jr.
(Print name)

_____
(Print name)

300.300A  (9/2018)



2nd Report

Page: 3

⟨1st to Respond
Medical Not Call
C.O. Andrew Meyers

# Minnesota Department of Corrections
### INCIDENT REPORT
Page 1 of 1

DATE OF INCIDENT: 4/10/24  TIME: 1804  LOCATION: A-East flag

OFFENDER(S)/CLIENTS/STAFF INVOLVED
(OD, last name, first name, living unit):

244210, Mullins Jamar, A-East 743

REPORTING STAFF: Meyers, Andrew, COII
(Last name, first name, title):

Perales, Gerardo, COII, Wieken, Keith, Sgt.
Schneider, Elizabeth, Sgt. Woods, Justin, Sgt.
Johnson, Donald, COII, Santiago Sanabria, Doel COII.

NARRATIVE: (Completely describe incident and action taken.)

On the above date and approximate time an ICS was activated in A-East for a fight on the back flag. I responded from the shower post. Offender Mullins was lying on the floor in the middle of the back half of the flag. Offender Mullins was responsive and stated that he could stand and move. ← Not true A didn't call for Medical help
Officers Santiago and Johnson arrived on scene and applied mechanical wrist restraints on Offender Mullins. While Offender Mullins was being escorted from the unit Offender ▓ started throwing closed fist punches at Offender Mullins. Offender ▓ was pulled away from Offender Mullins and escorted to the ground. I assisted in placing Offender ▓ in mechanical wrist restraints. With Offender ▓ secured in mechanical restraints I assisted Sgt. Schneider in escorting Offender Mullins from the unit. During the escort of Offender Mullins Sgt. Woods arrived and took over the escorting Offender Mullins with Sgt. Schneider. With the three combatants escorted from the unit I returned to my post.

PPE Worn: Gloves.

☐ I am a CIT member and used CIT techniques in this incident.

Evidence turned in locker # ___N/A___ Video/Photos Taken? ___N/A___

## SUPERVISOR/WATCH COMMANDER'S COMMENTS/FOLLOW-UP REQUESTED
Placed on: ☒ Detention  ☐ Cell/Room  ☐ Observation Status  ☐ Quiet Status  ☐ Admin. Seg.

**Andrew Meyers** Digitally signed by Andrew Meyers Date: 2024.04.10 19.12.52 -05'00'

**Justin D. Meyer** Digitally signed by Justin D. Meyer Date: 2024.04.10 19.20.29 -05'00'

Reporting Person's Signature/Date & Time reported

Supervisor/Watch Commander's Signature/Date & Time received

___Andrew Meyers___
(Print name)

___
(Print name)

300.300A    (9/2018)

*Placed Mechanical wrist restraints on Mr. Mullins*

*C.O Doel Santiago-Sanabria — Didn't Maintained Visual & Physical Control of incarcerated person at all times.*

*DoC Policy Number: 301.081 - See Page's Intro F-9*

*Placed in restraints*

# Minnesota Department of Corrections

### INCIDENT REPORT
Page 1 of 1

DATE OF INCIDENT: 04/10/24    TIME: 1804-1815    LOCATION: A-East

**OFFENDER(S)/ STAFF INVOLVED**
(C.O. last name, first name, living unit)

244210, Mullins, Jamar (AE to SEG)

**REPORTING STAFF:** Santiago-Sanabria, Doel COII.
(Last name, first name, title)

Other staff: Johnson, Don COII. Harrington, Joel LT. Larson, Jeremy LT. Wieken, Keith SGT. Perales, Gerardo COII. Meyers, Andrew COII. Brown, Michael COII. Woods, Justin SGT.

**NARRATIVE:** (Completely describe incident and action taken.)

On the above date and approximate time, I (Officer Santiago) responded with other responding A-Team officers to A-East back flag for two incarcerated persons fighting one of them laying on the ground. At the arrival to the scene, IP ▓▓ was already place on mechanical wrist restraints. Officer Johnson and I proceeded to place mechanical wrist restraints on IP Mullins who was seating on the flag. Officer Johnson and I proceeded to escort IP Mullins out of the unit. When I was asking IP Mullins if he needed a wheelchair or was able to walk IP ▓▓ assaulted IP Mullins who was on mechanical wrist restraints during the escort. I proceeded to let go of IP Mullins and escort to the ground IP ▓▓ who resisted staff and continue to try to assault IP Mullins. I maintained control of IP ▓▓ until mechanical wrist restraints were placed. Other A-team responders took over the escort for myself. All three incarcerated person were escorted out of the unit. This ends my involvement in this ICS that cleared at 1815.

*See Intro Ack (f)*

PPE (gloves) were worn at the time.    *#321*

☐ I am a CIT member and used CIT techniques in this incident.

Evidence turned in locker #    Video/Photos Taken?

**SUPERVISOR/WATCH COMMANDER'S COMMENTS / FOLLOW-UP REQUESTED**
Placed on: ☑ Detention  ☐ Cell/Room  ☐ Observation Status  ☐ Quiet Status  ☐ Admin. Seg.

Doel Santiago-Sanabria    Digitally signed by Doel Santiago-Sanabria Date: 2024.04.10 20:31:57 -05'00'

Justin D. Meyer    Digitally signed by Justin D. Meyer Date: 2024.04.10 21:04:31 -05'00'

Reporting Person's Signature / Date & Time reported    Supervisor / Watch Commander's Signature / Date & Time

[Print name]    (print name)

300.300A (9/2018)

Assisted in placing wrist restraints on Mr. Mullins

CO - Donald Johnson - Didn't maintaine visual & physical control of an incarcerated person at all times.
DOC Policy Number: 301.081 - Page's Intro F-9

# Minnesota Department of Corrections

INCIDENT REPORT
Page 1 of 1

DATE OF INCIDENT: 04/10/24    TIME: 1804    LOCATION: A-East (Back-Flag)

OFFENDER(S)/CLIENTS/STAFF INVOLVED
(OID, last name, first name, living unit):

244210 Mullins, Jamar AE

REPORTING STAFF: Johnson, Don COII
(Last name, first name, title):

Other staff:
Brown, Micheal COII, Santiago, Doel COII, Schneider, Elizabeth Sgt.
Clausen, Korey K9

NARRATIVE: (Completely describe incident and action taken.)

On above date and time while posted on A-Team I responded to a fight in A-East (Back-Flag). Upon arrival I noticed Inmate Mullins and Inmate ███ already separated. I assisted in placing wrist restraints on Inmate Mullins. Once we began walking I noticed Inmate ███ walking directly towards us (Officer Santiago, Inmate Mullins and myself) and it was at that moment Inmate ███ began hitting Inmate Mullins with closed fist punches in the face as myself and other Staff began to stop him he did resist Staff as I was trying to place the wrist restraints on him after he was escorted to the ground. I then assisted in escorting Inmate ███ to Segregation holding cell where I conducted the unclothed body search with negative results. This ended my involvement in this ICS. ICS cleared @ 1815

*Substantial risk of harm to the inmate Inmate*

Seg PHS    #321

☐ I am a CIT member and used CIT techniques in this incident

Evidence turned in locker # _____    Video/Photos Taken? _____

SUPERVISOR/WATCH COMMANDER'S COMMENTS/FOLLOW-UP REQUESTED
Placed on: ☑ Detention  ☐ Cell/Room  ☐ Observation Status  ☐ Quiet Status  ☐ Admin. Seg.

Donald Johnson    *Digitally signed by Donald Johnson Date: 2024.04.10 11:39:13 -05:00*

Justin D. Meyer *Digitally signed by Justin D. Meyer Date: 2024.04.10 18.43.18 -05:00*

Reporting Person's Signature/Date & Time reported

Supervisor/Watch Commander's Signature/Date & Time received

Don Johnson

(Print name)

(Print name)

300.300A    (9/2018)

# Minnesota Department of Corrections
### INCIDENT REPORT
Page 1 of 1

DATE OF INCIDENT: 4/10/2024   TIME: 1804   LOCATION: A-East

OFFENDER(S)/CLIENTS/STAFF INVOLVED
(ID, last name, first name, living unit)

244210. Mullins. Jamar. A-East 743

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

REPORTING STAFF: Clausen, Kory, K9
(Last name, first name, title)

Other staff: Sgt Elizabeth Schneider, Sgt Keith Wieken,
Sgt Justin Woods, COII Andrew Meyers,
COII Micheal Brown

NARRATIVE: (Completely describe incident and action taken.)

On the above date and time, my K9 partner and I responded to an ICS activation for a possible fight with an offender laying on the flag. Upon arrival it was confirmed that it was a fight. Offender Mullins and offender ▮▮▮▮ was placed on mechanical wrist restraints. Offender ▮▮▮▮ was escorted out of the unit first. While offender Mullins was being escorted, offender ▮▮▮▮ started throwing closed fist punches at offender Mullins. Staff immediately assisted offender ▮▮▮▮ to the ground and put mechanical wrist restraints on him. My K9 partner and I assisted with crowd control and the escorts of the offenders to segregation. ICS clear at 1815.

Before the 2nd Incident K-9-CO) was in the unit. SAW IP Mullins on the ground & Saw Mr. Mullins get Assulted while in Mechanical wrist restraints.

Seg PnB #32.1

☐ I am a CIT member and used CIT techniques in this incident

Evidence turned in locker # _____     Video/Photos Taken? _____

### SUPERVISOR/WATCH COMMANDER'S COMMENTS/FOLLOW-UP REQUESTED
Placed on: ☒ Detention ☐ Cell/Room ☐ Observation Status ☐ Quiet Status ☐ Admin. Seg.

**Kory Clausen** Digitally signed by Kory Clausen Date: 2024.04.10 19:04:59 -05'00'

Reporting Person's Signature/Date & Time reported

**Justin D. Meyer** Digitally signed by Justin D. Meyer Date: 2024.04.10 19:07:43 -05'00'

Supervisor/Watch Commander's Signature/Date & Time received

Kory Clausen
(Print name)

_____
(Print name)

300.300A     (9/2018)

# Minnesota Department of Corrections

### INCIDENT REPORT
Page 1 of 1

DATE OF INCIDENT: 4/10/2024    TIME: 1804    LOCATION: AE Flag

OFFENDER(S)/ STAFF INVOLVED
(O.D. last name, first name, living unit)

244210, Mullins, Jamar, AE Cell 743

REPORTING STAFF: Harrington, Joel, Lt.
(last name, first name, title)
Other staff: Clausen, Kory, K9
Schneider, Elizabeth, Sgt. Santiago, Doel,
COII, Perales, Gerardo, COII Wieken, Keith,
Sgt. Hurdt, Leonard, Sgt. Philbrick, Zachary,
Lt.

NARRATIVE: (Completely describe incident and action taken.)

On the above date and time, this reporting officer heard Sgt. K. Wieken activated an ICS for an IP down on the A East flag. When I arrived on scene, the responding A Team placed IP Mullins #244210 and ███████████ into mechanical wrist restraints. During the escorting of IP Mullins, ████████ ran down the flag and began throwing closed fisted punches toward Mullins head and face. ███ was escorted to the ground and placed into mechanical wrist restraints and escorted from the living unit. Officer G. Perales took pictures of minor blood spill, prior to being cleaned. No chemicals were deployed during the incident. (All policies and procedures were followed) *Not Followed* Placement was without further incident. All three IPs were assessed by Health Services and deemed medically stable. The ICS activity was cleared at 1815.

*Sgt PhB $871*

☐ I am a CIT member and used CIT techniques in this incident

Evidence turned in locker # _____    Video/Photos Taken? No

### SUPERVISOR/WATCH COMMANDER'S COMMENTS / FOLLOW-UP REQUESTED
Placed on: ☒ Detention  ☐ Cell/Room  ☐ Observation Status  ☐ Quiet Status  ☐ Admin. Seg.

Joel Harrington
Digitally signed by Joel Harrington
Date: 2024.04.10 18.54.23 -05:00
Reporting Person's Signature / Date & Time reported

Justin D. Meyer
Digitally signed by Justin D. Meyer
Date: 2024.04.10 19.03.45 -05:00
Supervisor / Watch Commander's Signature / Date & Time

Joel Harrington
(print name)

_____
(print name)

300.300A    (9/2018)

Page: 88 In Seg    Saw injuries to Mr. Mullins, ~~didn't~~

# Minnesota Department of Corrections
## INCIDENT REPORT
Page 1 of 1

DATE OF INCIDENT: 04/10/24  TIME: 1815    LOCATION: Segregation

OFFENDER(S)/CLIENTS/STAFF INVOLVED
*(O.D, last name, first name, living unit):*

244210. Mullins. Jamar. SEG 2603

REPORTING STAFF: Winberg. Jacob. Sgt.
*(Last name, first name, title):*

Other staff:

NARRATIVE: (Completely describe incident and action taken.)

On the above date and approximate time, I (Sgt. Winberg) took photographs of the above listed IPs' injuries. Mullins had an injury to his lip, ███ had a minor abrasion to his lip, and ███ had an injury to his right hand. All Photographs were submitted to the digital evidence folder.

*Seg ▓▓ #321*

☐ I am a CIT member and used CIT techniques in this incident

*{# Why wasn't it Put into Evidence locker?*

*No Number*
Evidence turned in locker # _____    Video/Photos Taken? Yes

### SUPERVISOR/WATCH COMMANDER'S COMMENTS/FOLLOW-UP REQUESTED
Placed on: ☑ Detention  ☐ Cell/Room  ☐ Observation Status  ☐ Quiet Status  ☐ Admin. Seg.

Jacob Winberg
Digitally signed by Jacob Winberg
Date: 2024.04.10 19:47:00 -05'00'

Reporting Person's Signature/Date & Time reported

Justin D. Meyer
Digitally signed by Justin D. Meyer
Date: 2024.04.10 19:50:44 -05'00'

Supervisor/Watch Commander's Signature/Date & Time received

J. Winberg
(Print name)

_____
(Print name)

300.300A    (9/2018)

Taken to
Page: 9 Seg —   Saw injuries to Mr. Mullins
~~settled~~

# Minnesota Department of Corrections

## INCIDENT REPORT
Page 1 of 1

DATE OF INCIDENT: __04.10.2024__ TIME: __1804__     LOCATION: __A-East__

**OFFENDER(S)/ STAFF INVOLVED**
(OID, last name, first name, living unit)

244210, Mullins, Jamar, AE 743

**REPORTING STAFF:** Schneider, Elizabeth, Sgt.
(Last name, first name, title)

Other staff: Woods, Justin, Sgt. Wieken, Keith, Sgt.
Giannini, John, COII. Brown, Michael, COII.
Santiago, Doel, COII. Johnson, Donald,
COII. Meyers, Andrew, COII. Perales,
Gerardo, COII.

**NARRATIVE:** (Completely describe incident and action taken.)

On Wednesday April 10, 2024, at 1804 hours, I responded to an ICS activation for a fight in A-East. When I arrived on scene, the combatants had been separated and secured in mechanical wrist restraints. I relieved Officer Perales, and Officer Meyers and I escorted Offender Mullins, Jamar OID 244210 to the A-East door, where Sgt. Woods relieved Officer Meyers. Sgt. Woods and I escorted Mullins to Segregation intake, where he was pat searched, secured in a holding cell, and given an unclothed body search by Sgt. Woods.

PPE (gloves) were worn.
ICS cleared at 1815 hours.

#321

☐ I am a CIT member and used CIT techniques in this incident.

Evidence turned in locker # ___     Video/Photos Taken? ___ ← Why?

### SUPERVISOR/WATCH COMMANDER'S COMMENTS / FOLLOW-UP REQUESTED
Placed on: ☑ Detention  ☐ Cell/Room  ☐ Observation Status  ☐ Quiet Status  ☐ Admin. Seg.

**Elizabeth Schneider**
Digitally signed by Elizabeth Schneider
Date: 2024.04.10 21:29:28 -05'00'

Reporting Person's Signature / Date & Time reported

**Justin D. Meyer**
Digitally signed by Justin D. Meyer
Date: 2024.04.10 21:31:37 -05'00'

Supervisor / Watch Commander's Signature / Date & Time

Schneider, Elizabeth, Sgt.
(Print name)

_____
(print name)

Saw injuries to Mr. Mullins and ~~didn't~~ acted
~~Rea~~ with deliberatdy indifferent to Mr. Mullins very serious
medical needs,

# Minnesota Department of Corrections

### INCIDENT REPORT See Page's Intro - Doc Policy Number:
Page 1 of 1
(9)      301.081

DATE OF INCIDENT: 4/10/24   TIME: 1804   LOCATION: A-East

OFFENDER(S)/CLIENTS/STAFF INVOLVED
(OID. last name, first name, living unit):

REPORTING STAFF Gorman, Daniel CO II
(Last name, first name, title):

▆▆▆▆▆▆▆▆▆▆▆▆

244210 Mullins, Jamar AE 743

▆▆▆▆▆▆▆▆▆▆▆▆

Other staff: Larson, Jeremy Lt. Schneider, Elizabeth Sgt.,
Giannini, John CO II, Brown, Michael CO II

Johnson, Don COII, Meyers, Andrew COII

NARRATIVE: (Completely describe incident and action taken.

ICS was activated for a fight on the flag. Sgt. Schneider and I conducted the escort of offender Mullins from AE to Segregation. Mullins was given an unclothed search. Mullins stated that his tooth felt loose. Health Services was notified. Mullins had blood on his shirt, shorts, and a sock. I placed them into evidence. PPE (gloves) were worn. Watch commander notified. ICS cleared at 1815

Seg fHS #321

☐ I am a CIT member and used CIT techniques in this incident

Evidence turned in locker # 1802132   Video/Photos Taken?

## SUPERVISOR/WATCH COMMANDER'S COMMENTS/FOLLOW-UP REQUESTED

Placed on: ☑ Detention  ☐ Cell/Room  ☐ Observation Status  ☐ Quiet Status  ☐ Admin. Seg.

▆▆▆▆▆▆▆▆▆▆▆▆        ▆▆▆▆▆▆▆▆▆▆▆▆  4-10-24 @ 1920

Reporting Person's Signature/Date & Time reported        nature/Date & Time received

Justin Woods                          ▆▆▆▆▆▆▆▆
(Print name)                          (Print name)

300.300A   (9/2018)



# Minnesota Department of Corrections
## INCIDENT REPORT
### Page 1 of 1

DATE OF INCIDENT: 4/10/24 TIME: 1804 LOCATION: A-East Flag

OFFENDER(S)/CLIENTS/STAFF INVOLVED
(O.D. last name, first name, living unit):

244210, Mullins, Jamar, AE

REPORTING STAFF: Brown, Michael, COII.
(Last name, first name, title):

Other staff: Santiago-Sanabria, Doel, COII
Woods, Justin, Sgt. Wieken, Keith, Sgt
Johnson, Donald, COII Perales, Gerardo, COII

NARRATIVE: (Completely describe incident and action taken.)

On the above date and approximate time, I responded to an ICS activated by A-East staff for a fight on the flag. When I arrived, offender [redacted] was in mechanical wrist restraints and being escorted out of the unit. As I continued my approach to the rest of the scene, I heard what sounded like another secondary assault happening on an already restrained offender. When I was finally able to make it around officer Perales, I saw offender Mullins (244210) on the ground and in restraints. I also saw Officer Santiago and Officer Johnson holding offender [redacted] on the ground with his hands behind his back. After offender [redacted] was restrained, I escorted him to segregation with Officer Johnson. When the escort arrived to segregation, offender [redacted] was pat searched and given an unclothed body search. The results of both searches were negative.
End report.
PPE was worn.

Seg PHB #371

☐ I am a CIT member and used CIT techniques in this incident

Evidence turned in locker #N/A          Video/Photos Taken? N/A

SUPERVISOR/WATCH COMMANDER'S COMMENTS/FOLLOW-UP REQUESTED
Placed on: ☒ Detention ☐ Cell/Room ☐ Observation Status ☐ Quiet Status ☐ Admin. Seg.

Michael Brown Digitally signed by Michael Brown Date: 2024.04.10 19:33:49 -05'00'

Justin D. Meyer Digitally signed by Justin D. Meyer Date: 2024.04.10 19:35:35 -05'00'

Reporting Person's Signature/Date & Time reported

Supervisor/Watch Commander's Signature/Date & Time received

Brown, Michael, COII.
(Print name)

(Print name)

300.300A (9/2018)

Saw injuries also ~~seen~~ viewed Video of incident and Still acted with deliberately indifferent to Mr. Mullins very serious Medical needs. Also falsified reports regarding Mr. Mullins very serious Medical need.

# Minnesota Department of Corrections
## INCIDENT REPORT
Page 1 of 1

DATE OF INCIDENT: _4/10/24_____     TIME: 1804-1815 LOCATION: Seg intake_____

OFFENDER(S)/ STAFF INVOLVED
(O.D. last name, first name, living unit)

244210 Mullins, Jamar Seg 2603

REPORTING STAFF: Detsch, Shanda RN
(last name, first name, title)

Other staff: A-team/Seg staff

NARRATIVE: (Completely describe incident and action taken.)

On the above date and time, an ICS was activated for a fight in AE. IP Mullins 244210 was assessed and treated for mouth injuries. ⟨IP denied loss of consciousness.⟩

Didn't repond to the unit were Mr. Mullins Was Assaulted twice, Olny Seen Mr. Mullins when he Was tacken to Segregation. seg FAB #321     Not ~~Tru~~ True Not True

☐ I am a CIT member and used CIT techniques in this incident

Evidence turned in locker # _____     Video/Photos Taken? _____

SUPERVISOR/WATCH COMMANDER'S COMMENTS / FOLLOW-UP REQUESTED
Placed on: ☒ Detention  ☐ Cell/Room  ☐ Observation Status  ☐ Quiet Status  ☐ Admin. Seg.

Shanda Detsch RN
Digitally signed by Shanda Detsch RN
Date: 2024.04.10 19:12:52 -05'00'

Justin D. Meyer
Digitally signed by Justin D. Meyer
Date: 2024.04.10 19:15:54 -05'00'

Reporting Person's Signature / Date & Time reported     Supervisor / Watch Commander's Signature / Date & Time

Shanda Detsch RN
(print name)     _____
(print name)

300.300A     (9/2018)

MULLINS, JAMAR PIERRE  #:244210 - Alt#:4 - MRN#:1008772   DOB: 12/11/1984 (40y)  Location: B-EAST-TIER 1-GALLERY 1-143

## Progress Note - Nursing

**Date:**
04/10/2024

**Time:**
19:13:55

**Facility:**
MCF - STILLWATER

**Type of Note:**
☑ Narrative

### Narrative

*falsified her report's*

*Not True*

*See Incident Report (Narrative) with an ✱ Next to it*

**Narrative:**
Video of incidents were viewed by myself to verify that IP did not lose consciousness.  Movement noted the entire time that IP was on the ground.

*Not true*

**Are you taking vitals:**
☑ No

**Was provider contacted for verbal orders:**
☑ No

**Order Labs:**
☑ No

**Order Diagnostics:**
☑ No

**Order Vitals:**
☑ No

**Order Medications:**
☑ No

**Referrals needed:**
☑ No

COPY

### Save Log

| User Name | AuditDateAndTime |
|---|---|
| DETSCH, SHANDA, RN | 04/10/2024 19:17:25 |

**Progress Note - Nursing**
Progress note for Nursing

Patient Name: MULLINS, JAMAR PIERRE
Patient Number: 244210
Location: B-EAST-TIER 1-GALLERY 1-143
DOB: 12/11/1984
Facility: MCF - STILLWATER
Electronically Signed By DETSCH, SHANDA on 04/10/2024 19:17:25

## Progress Note - Nursing

**Date:**

04/10/2024

**Time:**

18:56:31

**Facility:**

MCF - STILLWATER

**Type of Note:**

☑ Narrative

### Narrative

*Not true* ↓

**Narrative:**

IP involved in two altercations. Denies loss of consciousness. Small laceration to inner and outer lip. Bleeding controlled after pressure was applied with a gauze. IP c/o loose tooth. Tooth is intact with no crack noted. Encouraged IP to chew on other side of his mouth and not wiggle it. Denies pain. Given ice and Tylenol for comfort. Packets of bacitracin provided for his lip. Dental referral for tooth assessment.

*See Page 10* ← *not true*

*not true*

*All this happen while Mr. Mullins was in Segregation (in a cell). Mr. Mullins was seen through a small slot in the door.*

**Are you taking vitals:**

☑ No

**Was provider contacted for verbal orders:**

☑ No

**Order Labs:**

☑ No

**Order Diagnostics:**

☑ No

**Order Vitals:**

☑ No

**Order Medications:**

☑ No

**Referrals needed:**

☑ Yes

**Type of referral(s) needed:**

☑ Dental

**Type of Dental Referral:**

☑ Urgent

**Reason for Dental Referral:**

IP was involved in 2 altercations on 4/10 and is c/o loose front tooth.

COPY

**Progress Note - Nursing**
Progress note for Nursing

**Patient Name:** MULLINS, JAMAR PIERRE
**Patient Number:** 244210
**Location:** B-EAST-TIER 1-GALLERY 1-143
**DOB:** 12/11/1984
**Facility:** MCF - STILLWATER
**Electronically Signed By** DETSCH, SHANDA on 04/10/2024 19:07:08

Medical: Prison    5 days later

**MULLINS, JAMAR PIERRE**   #:244210 - Alt#:4 - MRN#:1008772   **DOB:** 12/11/1984 (40y)   **Location:** B-EAST-TIER 1-GALLERY 1-143

## Progress Note - Nursing

**Date:**
04/15/2024

**Time:**
19:27:27

**Facility:**
MCF - STILLWATER

**Type of Note:**

☑ Narrative

### Narrative

**Narrative:**

IP seen in cell block after receiving phone call from family and IP. IP continues to c/o bad had ache and dizziness. Vs taken to check for orthostatic hypotension.. Sitting 165/119 HR 67. Standing 146/88 HR 80. Will provide information to provider.

**Are you taking vitals:**
*NO ANSWER PROVIDED*

**Was provider contacted for verbal orders:**
*NO ANSWER PROVIDED*

**Order Labs:**
*NO ANSWER PROVIDED*

**Order Diagnostics:**
*NO ANSWER PROVIDED*

**Order Vitals:**
*NO ANSWER PROVIDED*

**Order Medications:**
*NO ANSWER PROVIDED*

**Referrals needed:**
*NO ANSWER PROVIDED*

COPY

### Save Log

| User Name | AuditDateAndTime |
|---|---|
| WOLTMAN, MARTHA, RN | 04/15/2024 19:30:14 |

---

**Progress Note - Nursing**
Progress note for Nursing

**Patient Name:** MULLINS, JAMAR PIERRE
**Patient Number:** 244210
**Location:** B-EAST-TIER 1-GALLERY 1-143
**DOB:** 12/11/1984
**Facility:** MCF - STILLWATER
**Electronically Signed By** WOLTMAN, MARTHA on 04/15/2024 19:30:14

• By signing below I also hereby certify that I am not aware of any active court orders prohibiting contact between myself and the person designated to receive my medical or mental health information.

## Signatures



MULLINS, JAMAR PIERRE - (PATIENT)
Captured On: 04/16/24 07:39:45



Sara Hard - (WITNESS)
Captured On: 04/16/24 07:39:45

### Save Log

| User Name | AuditDateAndTime |
|---|---|
| HARD, SARA, RN | 04/16/2024 07:39:45 |



**Authorization for Release of Information**
Authorization for Release of Information

**Patient Name:** MULLINS, JAMAR PIERRE
**Patient Number:** 244210
**Location:** B-EAST-TIER 1-GALLERY 1-143
**DOB:** 12/11/1984
**Facility:** MCF - STILLWATER
**Electronically Signed By** HARD, SARA **on** 04/16/2024 07:39:45

**MULLINS, JAMAR PIERRE** #:244210 - Alt#:4 - MRN#:1008772    **DOB:** 12/11/1984 (40y)   **Location:** B-EAST-TIER 1-GALLERY 1-143

## Progress Note - Nursing

| | |
|---|---|
| **Date:** | **Time:** |
| 04/15/2024 | 17:33:13 |
| **Facility:** | |
| MCF - STILLWATER | |

**Type of Note:**

☑ Narrative

## Narrative

**Narrative:**

This RN received a phone call from this IP's mother in concern for her son. During the conversation she stated she has been talking to him all day and this RN heard a mans voice describing symptoms and something that happened with in the last few days. realizing this was in face Jamar Mullin #244210 on the phone talking to me. I told the IP I would come see him and have the provider see him tomorrow. This RN will see IP and explain that he cannot do a three way call to health services that it is against policy, which was unknow to this RN as well.

**Are you taking vitals:**

NO ANSWER PROVIDED

**Was provider contacted for verbal orders:**

NO ANSWER PROVIDED

**Order Labs:**

NO ANSWER PROVIDED

**Order Diagnostics:**

NO ANSWER PROVIDED

**Order Vitals:**

NO ANSWER PROVIDED

**Order Medications:**

NO ANSWER PROVIDED

**Referrals needed:**

NO ANSWER PROVIDED

COPY

### Save Log

| User Name | AuditDateAndTime |
|---|---|
| WOLTMAN, MARTHA, RN | 04/15/2024 17:39:24 |

---

**Progress Note - Nursing**
Progress note for Nursing

**Patient Name:** MULLINS, JAMAR PIERRE
**Patient Number:** 244210
**Location:** B-EAST-TIER 1-GALLERY 1-143
**DOB:** 12/11/1984
**Facility:** MCF - STILLWATER
**Electronically Signed By** WOLTMAN, MARTHA on 04/15/2024 17:39:24

## Nurse Visit - Brief General Sick Call

**Current Facility:**

MCF - STILLWATER

**Chief Complaint:**

Assault 4/10/24

**All vitals taken:**

☑ Yes

## Vitals

| HT: | P: | O2 Sat: |
|---|---|---|
| *NO ANSWER PROVIDED* | 83 | 98 |

| WT: | R: | |
|---|---|---|
| *NO ANSWER PROVIDED* | 18 | |

| T: | B/P: | |
|---|---|---|
| 97.1 | 132/91 | |

**Subjective:**

IP presents to clinic for an assault that he reports took place 4/10/24. IP reports being punched multiple times resulting in a fall onto the back of his head near the occipital area. IP denies loss of consciousness throughout this event. IP then reports he was cuffed and being escorted by security when an additional IP assaulted him during escort resulting in a fall onto his face damaging his front left incisor. IP reports since this event feeling dizzy that is exacerbated by prolonged standing. He additionally reports having constant headaches. IP does not report changes to vision.

**Objective:**

VS taken and stable. CMS intact. IP alert and oriented x3. Pupils equal, round, and reactive to light.

**Assessment:**

Alteration in comfort.

## Plan

**Plan:**

Provider notified and advised rest and avoidance of further injury. Writer relayed this to IP. Additionally IP given standing orders for NSAIDS and one day off of work. IP will follow up with nursing in one week.

**Is emergent intervention required for patient in acute distress:**

☑ No

### Urgent Intervention Required

**Practitioner contact required for:**

☑ None apply

### Routine Intervention

**Disposition:**

COPY

---

**Nurse Visit - Brief General Sick Call**
Brief General Sick call form

Patient Name: MULLINS, JAMAR PIERRE
Patient Number: 244210
Location: B-EAST-TIER 1-GALLERY 1-143
DOB: 12/11/1984
Facility: MCF - STILLWATER
Electronically Signed By PETERSEN, BEN on 04/15/2024 11:36:05

1 of 2



**MULLINS, JAMAR PIERRE**   #:244210 - Alt#:4 - MRN#:1008772   **DOB:** 12/11/1984 (40y)   **Location:** B-EAST-TIER 1-GALLERY 1-143

## Progress Note - Nursing

**Date:**
04/16/2024

**Time:**
07:51:50

**COPY**

**Facility:**
MCF - STILLWATER

**Type of Note:**

☑ Narrative

### Narrative

**Narrative:**

A medical ICS was activated for IP with dizziness.  He reports he was coming down the steps in his living unit and became extremely dizzy and almost fell.  He was able to prevent falling by grabbing the handrail.  He reports he has had a continuous headache with dizziness since he was assaulted on 4/10/24.  He reports light sensitivity today.  Will refer for MD evaluation now.  IP alert and oriented,  No orthostatic BP drop.

**Are you taking vitals:**

☑ Yes

| **Blood Pressure:** | **Temperature:** | **Blood Glucose:** |
|---|---|---|
| 129/82 | 97.7 | *NO ANSWER PROVIDED* |
| **Pulse:** | **Weight:** | **Pain Scale:** |
| 58 | *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |
| **Respiratory Rate:** | **O2 SATS:** | |
| 16 | 99 | |

**Was provider contacted for verbal orders:**

☑ No

**Order Labs:**

☑ No

**Order Diagnostics:**

☑ No

**Order Vitals:**

☑ No

**Order Medications:**

☑ No

**Referrals needed:**

☑ Yes

---

**Progress Note - Nursing**
Progress note for Nursing

**Patient Name:** MULLINS, JAMAR PIERRE
**Patient Number:** 244210
**Location:** B-EAST-TIER 1-GALLERY 1-143
**DOB:** 12/11/1984
**Facility:** MCF - STILLWATER
**Electronically Signed By** HARD, SARA **on** 04/16/2024 07:57:20

**Does patient require a specialized diet order:**

*NO ANSWER PROVIDED*

**Patient to follow up in clinic:**

*NO ANSWER PROVIDED*

**Referrals needed:**

*NO ANSWER PROVIDED*

## Save Log

| User Name | AuditDateAndTime |
|---|---|
| FOSSUM, CHRISTINE, CRNP | 04/16/2024 09:17:59 |



COPY

---

**Progress Note - Medical Provider**
Progress note for Medical Provider

**Patient Name:** MULLINS, JAMAR PIERRE
**Patient Number:** 244210
**Location:** B-EAST-TIER 1-GALLERY 1-143
**DOB:** 12/11/1984
**Facility:** MCF - STILLWATER
**Electronically Signed By** FOSSUM, CHRISTINE **on** 04/16/2024 09:17:59

**ED Provider Notes by Peterson, Bjorn K, MD at 4/16/2024 9:17 AM**

Author: Peterson, Bjorn K, MD
Filed: 4/16/2024 10:19 AM
Editor: Peterson, Bjorn K, MD (Physician)

Service: Emergency Medicine
Date of Service: 4/16/2024 9:17 AM

Author Type: Physician
Status: Signed

**Lakeview Hospital
Emergency Medicine Visit Note**

Chief Complaint: Headache

HPI
Patient presents from a local prison for evaluation of ongoing concussion symptoms. He was assaulted on the 10th, 6 days ago. The incident was described as being sucker punched from behind with a positive loss of consciousness. He was then assaulted again while being walked back to his cell and believes he lost consciousness again. He suffered a dental injury to a left front tooth which is currently healing. He has had ongoing and progressively worsening headaches, dizziness, and nausea with a few episodes of vomiting. No chronic health issues, no blood thinners. He was evaluated by medical staff at the prison this morning and sent in for further evaluation.

| Triage Vitals [04/16/24 0900] | |
| --- | --- |
| Temp | **98.2 °F (36.8 °C)** |
| Temp src | **Oral** |
| Pulse | **64** |
| Resp | **20** |
| BP | **134/82** |
| SpO2 | **100 %** |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
  General: He is not in acute distress.
  Appearance: He is well-developed. He is not diaphoretic.
HENT:
  Head: Normocephalic and atraumatic.
  Right Ear: Tympanic membrane normal.
  Left Ear: Tympanic membrane normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
  Pharynx: Oropharynx is clear.
  Comments: **Tooth 10. Is loose but not malaligned**
Eyes:
  Extraocular Movements: Extraocular movements intact.
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
Abdominal:
  General: There is no distension.
  Palpations: Abdomen is soft.
  Tenderness: There is no abdominal tenderness.
Musculoskeletal:
  General: No swelling. Normal range of motion.
  Cervical back: Normal range of motion and neck supple.
Skin:
  General: Skin is warm and dry.
Neurological:
  General: No focal deficit present.
  Mental Status: He is alert and oriented to person, place, and time.

GCS: GCS eye subscore is 4. GCS verbal subscore is 5. GCS motor subscore is 6.
Cranial Nerves: No dysarthria.
Comments: **Positive photophobia, movements are coordinated and symmetric. Speech is clear.**

MDM: Patient presents approximately 1 week following an assault and closed head injury. He is describing symptoms of a concussion with ongoing headache, dizziness, and nausea. He is fully alert and oriented for me and able to recall the details around the incident from a week ago. I do not appreciate any focal neurologic exam findings although he does seem moderately uncomfortable with light and eye movements. Plan will be to obtain imaging to rule out any intracranial pathology as well as administer ibuprofen and Zofran for symptomatic relief.

*Bjorn K Peterson, MD*



**ED Course** as of 04/16/24 1019
**Tue Apr 16, 2024**

1018     CT imaging did not show any acute intracranial pathology. He does have a subacute left orbital medial wall blowout fracture which does not require any further treatment or follow-up. Results were discussed with the patient. Most likely diagnosis is concussion symptoms for which the preferred treatment would be brain rest until symptoms improve. He was advised to request ibuprofen and or Tylenol as needed and rest as much as possible until his symptoms resolve. [BP]

**ED Course User Index**
[BP] Peterson, Bjorn K, MD

**Clinical Impressions** as of 04/16/24 1019
Concussion with loss of consciousness of 30 minutes or less; sequela (HRC)

## Medication List

You have not been prescribed any medications.

## Discharge Instructions

Generally, every Emergency Department visit should have a follow-up clinic visit with either a primary or a specialty clinic/provider. Please follow-up as instructed by your emergency provider today.

**Return to the Emergency Department if:**
- pain is much worse, considered severe or if there is pain in a new area
- fever (temperature greater than 101.5F)
- bleeding that does not stop with holding pressure to the area
- chest pain
- difficulty breathing
- severe nausea or vomiting
- inability to tolerate food and liquids
- passing out
- skin becoming red around any wounds
- drainage of pus or foul- smelling material from wounds



COPY


centurion.

## PLEASE FILL OUT FORM COMPLETELY

**ER Visit Notification Form**     Date: 4/16/24     Time Sent: 0830

Patient's Name: Mullins Jamar     OID#: 244210

Requesting Prison: ML RC LL STW OPH RW FRB SHK SCL     DOB: 12/11/84

Ambulance: ☐     DOC Transport: ☒

**Receiving Hospital or Urgency Room:** Lakeview

**Current Symptoms:**
Dizzy, Poor balance, Light Sensitive

**Presumed Diagnosis:** 129/82, PS8 99% -

Date of Onset: 4/10     Recent Hospital Discharge: YES: ☐  NO: ☐

**Pertinent Exam Data:**
S/P Assault 4/10 - No loss of consciousness but H/A/dizzy since 4/10 -

Provider On-Call/On-Site Approved: YES ☒  NO ☐     Provider Name: Fossum

Comments: _____

Nurse Signature: Sara Hard     Date: 4/16/24  Time: 0815

Print Name: SARA HARD RN

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Patient Disposition: ☒ Returned to facility-Time_____  ☐ Admitted  ☐ Other:_____

Diagnosis: Concussion, left orbit medial wall fracture
No follow-up needed unless symptoms warrant.

FORM COMPLETED AND FAXED TO CENTURION REGIONAL OFFICE: 612-255-0647     Attention: UM

Rev: 8/2021

# Document Notes

| Diagnosis | Back pain without radiation, Dermatitis - Unspecified Cause, Dizziness and giddiness, Esophagitis, unspec., Migraine, unspec., not intractable |
| Allergies | NO KNOWN DRUG ALLERGY |
| Agency | MCF - STILLWATER |
| Facility | MNSW - MCF - STILLWATER |



| Race | A | Ethnicity | DE | Height | 5' 6" |
| DOB | 12/11/1984 | Gender | M | Weight | 170 |

**B-EAST - TIER 1 - GALLERY 1 - 143**
**MULLINS, JAMAR PIERRE - 244210**

## Document Details

| | | | |
|---|---|---|---|
| **Title:** | Lakeview Er notes | **Uploaded By:** | OBEREMBT, CHRISTINE |
| **Group:** | Medical | **Uploaded On:** | 4/17/2024 |
| **Category:** | Emergency Room | **Signed By:** | CRAANE, STEPHEN |
| **Provider:** | Lakeview Er notes | **Signed On:** | 4/17/2024 3:42:49 PM |
| **Files:** | Mullins, J. 244210 Lakeview ER Notes 04162024.pdf | | |

## Document Notes

| CATEGORY | NOTE | CREATED BY | CREATED ON |
|---|---|---|---|
| SIGN-OFF | | CRAANE, STEPHEN | 4/17/2024 |

**MULLINS, JAMAR PIERRE** #:244210 - Alt#:4 - MRN#:1008772　**DOB:** 12/11/1984 (40y)　**Location:** B-EAST-TIER 1-GALLERY 1-143

## Progress Note - Nursing

| | |
|---|---|
| **Date:** | **Time:** |
| 07/23/2024 | 09:56:00 |
| **Facility:** | |
| MCF - STILLWATER | |

**Type of Note:**

☑ Narrative

### Narrative

**Narrative:**

Phone received from the patient's mom.  Current ROI on file. Call returned, patient's mom was inquiring on the status of the patient's CT scan appointment.  Informed her that it has not occurred yet, and due to security policy, we are unable to provide a specific date. Patient's mom thanked writer for returning the call.

**Are you taking vitals:**

NO ANSWER PROVIDED

**Was provider contacted for verbal orders:**

NO ANSWER PROVIDED

**Order Labs:**

NO ANSWER PROVIDED

**Order Diagnostics:**

NO ANSWER PROVIDED

**Order Vitals:**

NO ANSWER PROVIDED

**Order Medications:**

NO ANSWER PROVIDED

**Referrals needed:**

NO ANSWER PROVIDED

### Save Log

| User Name | AuditDateAndTime |
|---|---|
| SWANSON, AMBER, RN | 07/23/2024 10:01:33 |

**Progress Note - Nursing**
Progress note for Nursing

Patient Name: MULLINS, JAMAR PIERRE
Patient Number: 244210
Location: B-EAST-TIER 1-GALLERY 1-143
DOB: 12/11/1984
Facility: MCF - STILLWATER
Electronically Signed By SWANSON, AMBER on 07/23/2024 10:01:33

## Progress Note - Nursing - Kite Response

**Type of Note:**

☑ Narrative

### Narrative

**Narrative:**

Received a Kites from IP asking when his offsite CT appt is. Writer explained I am unable to disclose when the CT appt is, but the appt is approved and scheduled. CVO

**Was provider contacted for verbal orders:**

*NO ANSWER PROVIDED*

**Order Labs:**

*NO ANSWER PROVIDED*

**Order Diagnostics:**

*NO ANSWER PROVIDED*

**Order Vitals:**

*NO ANSWER PROVIDED*

**Order Medications:**

*NO ANSWER PROVIDED*

**Referrals needed:**

*NO ANSWER PROVIDED*

Save Log

| User Name | AuditDateAndTime |
|---|---|
| OBEREMBT, CHRISTINE, CAA | 07/23/2024 09:36:32 |

---

**Progress Note - Nursing - Kite Response**
Progress Note - Nursing - Kite Response

**Patient Name:** MULLINS, JAMAR PIERRE
**Patient Number:** 244210
**Location:** B-EAST-TIER 1-GALLERY 1-143
**DOB:** 12/11/1984
**Facility:** MCF - STILLWATER
**Electronically Signed By** OBEREMBT, CHRISTINE **on** 07/23/2024 09:36:32



COPY

**RAYUS Radiology Maplewood**

1790 Beam Avenue
Maplewood,MN,55109
Phone: (651-294-4639) Fax: (651-414-9624)

| | |
|---|---|
| **To:** Stephen J. Craane, M.D. | **Name:** Jamar Mullins |
| | **MRN:** 107443492   **Referring MRN:** |
| 970 Pickett St | **Phone:** (612-255-0631) |
| Bayport,MN,55003 | **DOB:** 12/11/1984   **Gender:** Male |
| **Phone:** (651-459-7520) | **Exam Date:** 07/25/2024 |
| **Fax:** (612-473-5224) | **Referring Phys.:** Stephen J. Craane, M.D. |

## EXAM: CT OF THE HEAD WITHOUT CONTRAST

**CLINICAL INFORMATION**: Left-sided headaches with left periorbital pain. Blurry vision. Dizziness.

**TECHNICAL INFORMATION**: Axial 2.5 and 5.0 mm images were obtained from the skull base to the vertex without IV contrast. Sagittal and coronal reformatted images were then generated based upon this data. Radiation dose reduction devices and/or techniques for appropriate moderation of exposure were utilized. **SEDATION:** None. **CONTRAST:** None.

**COMPARISON**: No comparison.

**INTERPRETATION**: There is no acute intracranial hemorrhage or calvarial fracture. There is no midline shift and basal cisterns widely patent. Ventricles and sulci are normal in size and configuration. There is normal gray-white differentiation throughout. There are no abnormal extra-axial fluid collections. Imaged skull base soft tissue structures and portions of the orbits are notable for chronic appearing irregularity of the left lamina papyracea into which extends a small amount of left intraorbital fat. Mastoid air cells and tympanic cavities are well aerated. Mild mucosal thickening is demonstrated in the right frontal sinus.

**CONCLUSION**:
1. Normal CT appearance of the brain without evidence of intracranial mass, intracranial hemorrhage or acute or subacute infarction.
2. Chronic appearing left medial orbital bony wall fracture into which extends a small amount of intraorbital fat.
3. Mild right frontal sinus mucosal thickening.

*RAYUS Radiology is committed to minimizing radiation exposure while maintaining high-quality CT images. Technologists adjust the mA and/or kV according to each patient's size to optimize dose. Since we began voluntarily reporting to the American College of Radiology's Dose Index Registry, our average CT doses have been consistently lower than the national average.*

SC

Interpreting Physician

## Document Notes



| | |
|---|---|
| **Diagnosis** | Back pain without radiation, Dermatitis - Unspecified Cause, Dizziness and giddiness, Esophagitis, unspec., Migraine, unspec., not intractable |
| **Allergies** | NO KNOWN DRUG ALLERGY |
| **Agency** | MCF - STILLWATER |
| **Facility** | MNSW - MCF - STILLWATER |

| | | | | | |
|---|---|---|---|---|---|
| **Race** | A | **Ethnicity** DE | | **Height** | 5' 6" |
| **DOB** | 12/11/1984 | **Gender** M | | **Weight** | 170 |

**B-EAST - TIER 1 - GALLERY 1 - 143**
**MULLINS, JAMAR PIERRE - 244210**

## Document Details

| | | | |
|---|---|---|---|
| **Title:** | CT of Head Report | **Uploaded By:** | OBEREMBT, CHRISTINE |
| **Group:** | Medical | **Uploaded On:** | 7/25/2024 |
| **Category:** | CT Scan | **Signed By:** | |
| **Provider:** | CT of Head Report | **Signed On:** | |
| **Files:** | Mullins, J. 244210 CT of Head Report 07252024.pdf | | |

## Document Notes

No records match the criteria you have selected.

COPY

## NORAN
## NEUROLOGY

France Place, 3601 Minnesota Drive, Bloomington, MN 55435
Phone: 612.879.1000  Fax: 612.879.0722
www.noranclinic.com
Blaine·Bloomington·Lake Elmo·Lakeville·Plymouth

**Jamar P Mullins**
Male  DOB: 12/11/1984          775518          page 1

12/18/2024 - Office Visit: Office Visit persistent ha's, post concussion snydrome, lighthea
Provider: Amee Chandrabalan DO
Location of Care: Lake Elmo - NNC

Louis Shicker.

Dear Doctor Shicker:

Thank you very much for asking me to see Jamar Mullins in consultation.

**Chief Complaint:**

**History of Present Illness:** Jamar Mullins is a 40-year-old man seen in consultation for headaches. He presents with 2 officers from the correctional facility. He relays on April 10 he had an altercation with another inmate and was left unconscious. He woke up and t the second inmate hit him again and he fell forward both times hitting the left side of his head. He recalls awakening vomiting. The following days felt dizzy he relays he ended up falling down the stairs and had vomited. On the 16th was taken to the hospital. He was diagnosed with concussion. He relays his concussion symptoms have subsided over time but the headache remains. He relays a headache is always there and describes it as a throbbing and feels numb. He was previously nauseous and vomited for 4 months but is no longer. He does admit to sensitivity to light and sound. Is worse with movement. He rates the pain 10/10. He relates his left eye has remained blurry. He admits to taking over-the-counter pain medications daily. He was prescribed Topamax but relays he had done research and was wary of initiating. He relays he did try the medication but made him ill. He has been sent to physical therapy however he denies specifically undergoing concussion therapy. He feels the headaches are worsening. He does admit to some emotional lability particularly with anger and shares he is not an angry person.

**Medical History:**
Concussion

**Family History:**
non-contributory

**Diagnostics:**
CT head 7/25/2024
1. Normal CT appearance of the brain without evidence of intracranial mass, intracranial hemorrhage or acute or subacute infarction
2. Chronic appearing left medial orbital bony wall fracture into which extends a small amount of intraorbital fat
3. Mild right frontal sinus mucosal thickening

**Social History:**
Incarcerated

**Medications:**
No medications were prescribed.
**Allergies:**
NONE.

**Review of Systems:** 12-point review of systems completed by patient, scanned into chart and reviewed

**NORAN
NEUROLOGY**

France Place. 3601 Minnesota Drive. Bloomington. MN 55435
Phone: 612.879.1000  Fax: 612.879.0722
www.noranclinic.com
Blaine·Bloomington·Lake Elmo·Lakeville·Plymouth

**Jamar P Mullins**
Male  DOB: 12/11/1984          775518          page_2

COPY

personally with the patient; negative except stated in HPI.

## Physical Examination:

**General:** Alert and oriented to self, location and situation. No acute distress, cooperative.
**HEENT:** Normocephalic, atraumatic, extraocular movements intact, pupils equal, round and reactive to light, mucous membranes moist
**Lungs:** Symmetric motion of chest wall, no signs of respiratory distress.
**Abdomen:** non-distended.
**Psychiatric:** Affect and mood appropriate.
**Skin:** No rashes or lesions.

## Neurological Examination:

**Mental Status:** Alert and oriented to self, location and situation. Speech clear, language fluent, repetition and naming intact, follows commands appropriately.

**Cranial Nerve Exam:** CN II-XII: Pupils equal, round and reactive to light, visual fields full, no nystagmus, no gaze paresis, sensation V2-V3 intact bilaterally, decreased V1 sensation on the left, muscles of facial expression symmetric; hearing intact to conversational tone, palate elevates symmetrically, shoulder elevation symmetric and tongue protrudes midline with movement side-to-side.

**Motor Exam:** Strength 5/5 upper extremities-examined in cuffs and lower extremities bilaterally. Tone and bulk normal.

**Sensation:** Intact to light touch, temperature, pin prick upper extremities and lower extremities bilaterally- decreased pinprick on the left upper and lower extremity.

**Deep Tendon Reflexes:** 2/4 biceps, triceps, brachioradialis, patellar and achilles bilaterally, flexor plantar responses bilaterally.

## Coordination/Cerebellum:

**Tremors:** None.
**Rapidly alternating movements:** No dysdiadochokinesis bilaterally.
**Heel-To-Shin:** No dysmetria bilaterally.
**Finger-To-Nose:** No dysmetria bilaterally.
**Gait:** Normal, casual gait. Normal toe, heel and tandem gait.

**Assessment and Plan:** Jamar Mullins is a 40-year-old man seen in consultation for postconcussive headaches with superimposed analgesic overuse headaches. Recommend concussion therapy and initiation of Amitriptyline 10 mg as his daily preventative. Educated patient on analgesic overuse and instructed him to stop all over-the-counter pain medications and take them no more than 10 days/month. Further increases of amitriptyline can be made in the future as needed. Reviewed CT head with chronic left orbital fracture. Facial sensory change may be secondary to chronic fracture.

Follow-up as needed

Thank you for allowing me to participate in the care of your patient. If there are any questions, please do not hesitate to contact me.

Name                                                             Primary?
- Fracture of left orbital wall (H)

Medial orbital wall fracture in 04/2024. Ongoing left periorbital pain with tenderness along upper and lateral rim. No enophthalmos on Hertel, eyes appear symmetric. EOMs full, intermittent monocular diplopia possibly secondary to dry eyes. CT scan with incomplete scan through of the orbits.


Oluwatoyosi Arogbokun, MD
Resident Physician, PGY-2
Department of Ophthalmology
08/05/25 1:53 PM

He has some malar flattening and mild lateral canthal dystopia. He looks enophthalmic on worms eye view, but Hertel is nearly symmetrical. I suspect there may be a ZMC in addition to the left medial wall fracture.

Will obtain a facial bone ct. We did discuss his main issue is pain, and I don't think any surgery will help with pain. *Attending Physician Attestation: Complete documentation of historical and exam elements from today's encounter can be found in the full encounter summary report (not reduplicated in this progress note). I personally obtained the chief complaint(s) and history of present illness. I confirmed and edited as necessary the review of systems, past medical/surgical history, family history, social history, and examination findings as documented by others; and I examined the patient myself. I personally reviewed the relevant tests, images, and reports as documented above. I formulated and edited as necessary the assessment and plan and discussed the findings and management plan with the patient. -Ali Mokhtarzadeh, MD*


## External Photos Thyroid Series
Performed by: AP
. Start time: 2:23 PM
. Stop Time: 2:23 PM
. Reliability of the test: Good
. Test Findings: Abnormal
. Plan: Imaging
.

## HPI

### Consult For
In left eye. This started 1.25 years ago. Characterized as blurred vision. Severity is mild. Occurring constantly. Since onset it is stable. Associated symptoms include double vision (intermittent), eye pain, headache (daily since 4/2024), photophobia, flashes and swelling (swelling on left eyebrow). Negative for nausea, vomiting and floaters. Treatments tried include no treatments. Pain was noted as 10/10. Additional comments: Left orbital wall fracture

### Comments
Pain, watering, headaches since orbital fracture left eye w/concussion 4/2024
Pt c/o left eye looking lower than right eye
Pt c/o blurred vision left eye since orbital fracture
"They were supposed to give me a prescription for eye drops but I was never given any"
Pt c/o dizziness


Abigail Personius COT August 5, 2025 1:18 PM
Last edited by Personius, Abigail on 8/5/2025 1:19 PM.



## Base Eye Exam

### Visual Acuity (Snellen - Linear)

|            | Right    | Left    |
|------------|----------|---------|
| Dist cc    | 20/25 -2 | 20/40 -1 |
| Correction: Glasses | | |

### Tonometry (ICare, 1:26 PM)

### Pupils

|       | Shape | React    | APD  |
|-------|-------|----------|------|
| Right | Round | Sluggish | None |
| Left  | Round | Sluggish | None |

Grossly PERRLA, difficult to assess due to photophobia